UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE:<br>**Diversified Lending Services**<br><br>**Debtor(s)** | Case No. 00-15475-PM<br><br>CHAPTER 7 |

APPLICATION FOR RELEASE OF UNCLAIMED FUNDS PURSUANT
TO 11 U.S.C. SECTION 347(a) AND BANKRUPTCY RULE 3011

TO THE HONORABLE PAUL MANNES, BANKRUPTCY JUDGE:

COMES NOW Janet M. Nesse, trustee of the Chapter 7 estate of Diversified Lending Services and pursuant to 11 U.S.C. §347 (a) and Bankruptcy Rule 3011, reports as follows:

1. Application is hereby made for the unclaimed funds that were owed to R. Gordon Brunner in this case in the amount of $15,996.42. These funds were deposited into the Registry of the Court. Change of address prevented delivery.

2. There is no dispute or controversy as to these funds, their availability or to whom they belong.

3. The Trustee requests that the said unclaimed funds be returned to:

R. Gordon Brunner
27843 Waverly Rd.
Easton, MD 21601

WHEREFORE, Janet M. Nesse, Trustee, respectfully requests the Court enter an order:

a. to the Clerk of the Court to release said funds to R. Gordon Brunner.

b. grant such other relief as the Court deems just and equitable.

Dated: January 8, 2008                                             Respectfully submitted,

DB02/767595.0070/7902438.1                        1

/s/ Janet M. Nesse
Janet M. Nesse
Stinson Morrison Hecker LLP
1150 18th Street NW
Suite 800
Washington, DC 20036

CERTIFICATE OF SERVICE

DB02/767595.0070/7902438.1        2

3

I hereby certify that copies of the foregoing application and Notice of Application were mailed, postage prepaid, this 8th day of January, 2008 to:

U.S. Attorney's Office
36 S. Charles Street
Baltimore, MD 21201

R. Gordon Brunner
27843 Waverly Rd.
Easton, MD 21601

                                                /s/ Janet M. Nesse
                                                Janet M. Nesse