# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND

IN RE:                          \*

                                     \*     Case Number: 00-15475-PM

Diversified Lending Services, Inc.     \*
And Jacob I. Kramf                \*

                                     \*

               Debtor(s)         \*

## MOTION FOR RELEASE OF FUNDS IN THE UNCLAIMED FUNDS REGISTRY

### TO THE HONORABLE JUDGE OF THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

Comes now, Soul Wave International, Inc., hereafter called Claimant and respectfully moves the Court to enter an order for release of funds due Claimants from a closed case and would show:

1. The trustee appointed by the Court in this case did deposit in the Registry of the Court the sum of $6,828.33 and specifically named Claimant the rightful creditor due this amount.

2. There is no dispute or controversy as to these funds, their availability or to whom they belong.

3. The original disbursement was not presented for payment within 90 days after issuance because the creditor has moved and did not receive the check at the address on the Trustee's Report of 3920 East Outer Drive, Detroit MI 48234. The current address and phone number for Soul Wave International, Inc. is 2169 E Eight Mile Road, Warren MI 48091 and (586) 427-6694. Sung Hwan Yoo, President, and his wife are the sole owners of this company.

**FILED**
DEC 11 2008
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

WHEREFORE, Claimants asks the court to enter an order to the Clerk of the Court to release said funds to Soul Wave International, Inc., c/o Keys Research, 23630 Southeast 440th Street, Enumclaw WA 98022.

Respectfully submitted,

*[signature]*
Charlene J. Keys
Attorney-in-fact
Keys Research
23630 SE 440th Street
Enumclaw WA 98022
(360) 825-7300