## AGENT AUTHORIZATION
Soul Wave International, Inc.

Soul Wave International, Inc. ("company") does hereby grant to Charlene J. Keys dba Keys Research, (the "Agent"), the Company's true and lawful Agent for it and in my name, place and stead, giving unto my Agent full power to do and perform all and every act that I may legally do through an Agent, for the following limited purpose and for no other:

**To reclaim, recover and return unclaimed funds in the amount of $6,828.33 ONLY, less agreed upon fee, to the signatory below.**

The Company does hereby grant the Agent every power necessary to carry out the limited purposes for which this Agent Authorization is granted.

The Company does state under penalty of perjury that all copies of supporting documents provided in support of this claim are true and lawful copies of the original documents.

The rights, powers, and authority of my Agent herein granted shall commence and be in full force and effect from the date I sign this Agent Authorization and such rights, powers, and authority shall remain in full force and effect thereafter until revoked in writing or until funds are collected. This duly executed Authorization does hereby annul, cancel, revoke, and terminate all rights, powers, authorities and privileges set forth in any previously signed Power of Attorney.

DATED 11/15/08    SIGNED X _____
                                Name and Title

CORPORATE SEAL    TAX ID Number X  38-3350394

AFFIDAVIT: (to be signed if Corporate Seal is unavailable)
The Corporate seal for this Corporation is not available.

Dated 11/15/08  Signed X _____

----

### NOTARY ACKNOWLEDGMENT

State MICHIGAN, County of OAKLAND

ACKNOWLEDGED before me on this date 11-15-08, by the individual(s) described above and holding the position designated in this instrument, and who has appeared before me to acknowledge the execution thereof to be of his/her free act and deed.

NOTARY SEAL

NOTARY PUBLIC
My commission expires on 5-3-12

SANG PHILL AHN
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES May 3, 2012
ACTING IN COUNTY OF OAKLAND

## AFFIDAVIT OF PREVIOUS ADDRESS
### Soul Wave International, Inc.

BE IT ACKNOWLEDGED, that I, _Sung H. Yoo_, the undersigned deponents, belonging to the legal age, do hereby depose and say under the pains and penalties of perjury as follows:

That, I am the _President_ of Soul Wave International, Inc. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Soul Wave International, Inc. and its subsidiaries, affiliates and acquisitions. Soul Wave International, Inc. and its subsidiaries, affiliates and acquisitions have numerous branch addresses, business locations, and payment centers, the addresses of which have changed, and/or been eliminated over time.

For this reason, it is overly burdensome, and may be impossible, to provide documentation to verify the specific address of record.

I affirm the foregoing is true under penalty of perjury this _15_ day of _November_, 2008.

Signed: X _[signature]_

***

## NOTARY ACKNOWLEDGMENT

State of _MICHIGAN_   County of _OAKLAND_

ACKNOWLEDGED before me on this date _11-15-08_, by the individual(s) described in [and holding the position designated] in this instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

NOTARY SEAL

_[signature]_
Notary Public
My commission Expires _5-3-12_

SANG PHILL AHN
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES May 3, 2012
ING IN COUNTY OF _OAKLAND_

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

IN RE:

Diversified Lending Services, Inc. and
Jacob I. Kramf

Debtor (s)

Case No. 00-15475-PM

**AFFIDAVIT FOR REIMBURSEMENT OF UNCLAIMED DIVIDEND**

EIN: 38-3350394

I, _Sung H. Yoo_ _President_, of Soul Wave International, Inc.,
  Name and Title

being duly sworn, deposes and says: that Soul Wave International, Inc. is the creditor in the above named case.

Soul Wave International, Inc. was the duly adjudged creditor and that said creditor duly filed his claim, which was thereafter duly allowed.

Dividends amounting to the sum of $6,828.33 remain unpaid.

That the said claim has not been sold or assigned, and that it is still the property of deponent.

It is therefore requested that the Clerk of the Court pay to Soul Wave International, Inc. in the amount of $6,828.33

SUBSCRIBED AND SWORN to before me in the State of _Michigan_, County of _Oakland_ this _15TH_ day of _Nov._, 2008,

_Sung Hwan Yoo_
Name

_[signature]_
Name

_[signature]_
Notary Public

My commission expires on _5-3-12_

*Affix Seal or Stamp*

SANG PHILL AHN
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES May 3, 2012
ACTING IN COUNTY OF