# Form 2
## Cash Receipts And Disbursements Record

Page: 47

| Case Number: | 00-15475-PM | Trustee: | Janet M. Nesse (730060) |
|---|---|---|---|
| Case Name: | Diversified Lending Services | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*35-66 - Checking Account |
| Taxpayer ID #: | 52-1369405 | Blanket Bond: | N/A |
| Period Ending: | 12/17/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/03 | 258 | Soul Wave International, Inc | Dividend paid 11.11% on $31,530.14; Claim# 14; Filed: $31,530.14 | 7100-000 | | 3,502.26 | 766,984.63 |
| 02/26/03 | 259 | Dr. Marvin Menick | Dividend paid 11.11% on $15,000.00; Claim# 15; Filed: $15,000.00 | 7100-000 | | 1,666.16 | 765,318.47 |
| 02/26/03 | 260 | John A. Briggs | Dividend paid 11.11% on $25,000.00; Claim# 17; Filed: $25,000.00 | 7100-000 | | 2,776.92 | 762,541.55 |
| 02/26/03 | 261 | Jack or Rut Wiseman | Dividend paid 11.11% on $20,000.00; Claim# 18; Filed: $20,000.00 | 7100-000 | | 2,221.53 | 760,320.02 |
| 02/26/03 | 262 | Richard Singer, DDS | Dividend paid 11.11% on $400.00; Claim# 19; Filed: $400.00 | 7100-000 | | 44.43 | 760,275.59 |
| 02/26/03 | 263 | Sydney or Selma Winkler | Dividend paid 11.11% on $22,800.00; Claim# 20; Filed: $22,800.00 | 7100-000 | | 2,532.55 | 757,743.04 |
| 02/26/03 | 264 | Harry S. Galblum, DDS | Dividend paid 11.11% on $50,000.00; Claim# 21; Filed: $50,000.00<br>Voided on 03/12/03 | 7100-000 | | 5,553.84 | 752,189.20 |
| 02/26/03 | 265 | Marvin S. Beitler | Dividend paid 11.11% on $65,655.00; Claim# 22; Filed: $65,655.00 | 7100-000 | | 7,292.75 | 744,896.45 |
| 02/26/03 | 266 | John W. Kitterman | Dividend paid 11.11% on $15,000.00; Claim# 23; Filed: $15,000.00 | 7100-000 | | 1,666.15 | 743,230.30 |
| 02/26/03 | 267 | Galina Kelner | Dividend paid 11.11% on $5,000.00; Claim# 24; Filed: $5,000.00 | 7100-000 | | 555.39 | 742,674.91 |
| 02/26/03 | 268 | Casper & Erma Sigelman | Dividend paid 11.11% on $29,000.00; Claim# 25; Filed: $40,000.00 | 7100-000 | | 3,221.22 | 739,453.69 |
| 02/26/03 | 269 | Dorothy Nanchu | Dividend paid 11.11% on $15,287.50; Claim# 27; Filed: $15,287.50 | 7100-000 | | 1,698.09 | 737,755.60 |

Subtotals: $0.00   $32,731.29

{} Asset reference(s)

Printed: 12/17/2007 03:34 PM   V.9.55

## Form 2
### Cash Receipts And Disbursements Record

Page: 88

| Case Number: | 00-15475-PM | | Trustee: | Janet M. Nesse (730060) |
|---|---|---|---|---|
| Case Name: | Diversified Lending Services | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****35-66 - Checking Account |
| Taxpayer ID #: | 52-1369405 | | Blanket Bond: | N/A |
| Period Ending: | 12/17/07 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/17/04 | 601 | Ellen J. Davis Residential Appraisals | Dividend paid 20.90% on $600.00, Claim# 4, Filed: $600.00, Reference: | 7100-000 | | 26.58 | 594,366.94 |
| 12/17/04 | 602 | Pitney Bowes Credit Corporation | Dividend paid 20.90% on $515.00 Claim# 5, Filed: $515.00 Reference | 7100-000 | | 22.81 | 594,344.13 |
| 12/17/04 | 603 | A. Genderson & Sons Inc. | Dividend paid 20.90% on $50,000.00, Claim# 6 Filed: $50,000.00 Reference | 7100-000 | | 2,214.85 | 592,129.28 |
| 12/17/04 | 604 | Jacqueline Clark | Dividend paid 20.90% on $18,660.98, Claim# 7, Filed: $18,660.98, Reference | 7100-000 | | 826.62 | 591,302.66 |
| 12/17/04 | 605 | Norman S. Alpher, DDS | Dividend paid 20.90% on $8,000.00, Claim# 8, Filed: $8,000.00 Reference | 7100-000 | | 354.38 | 590,948.28 |
| 12/17/04 | 606 | Coson's Office Supply | Dividend paid 20.90% on $395.60 Claim# 9; Filed: $395.60, Reference | 7100-000 | | 17.53 | 590,930.75 |
| 12/17/04 | 607 | Safeguard Business Systems, Inc | Dividend paid 20.90% on $269.62, Claim# 10; Filed: $269.62, Reference | 7100-000 | | 11.95 | 590,918.80 |
| 12/17/04 | 608 | Doris Konecke | Dividend paid 20.90% on $25,000.00, Claim# 11, Filed: $25,000.00, Reference: | 7100-000 | | 1,107.42 | 589,811.38 |
| 12/17/04 | 609 | Richard and Barbara Wolf | Dividend paid 20.90% on $85,734.31, Claim# 12A, Filed: $85,734.31; Reference | 7100-000 | | 3,797.76 | 586,013.62 |
| 12/17/04 | 610 | Richard and Barbara Wolf | Dividend paid 20.90% on $54,695.00, Claim# 12B, Filed: $54,695.00; Reference: | 7100-000 | | 2,422.82 | 583,590.80 |
| 12/17/04 | 611 | Harry Katz | Dividend paid 20.90% on $85,000.00; Claim# 13 Filed: $85,000.00, Reference | 7100-000 | | 3,765.23 | 579,825.57 |
| 12/17/04 | 612 | Soul Wave International, Inc. | Dividend paid 20.90% on $31,530.14; Claim# 14; Filed: $31,530.14; Reference. Stopped on 09/07/05 | 7100-001 | | 1,396.69 | 578,428.88 |

Subtotals: $0.00 $15,964.64

{} Asset reference(s)          Printed 12/17/2007 03:34 PM   V.9.55

# Form 2

Page: 119

## Cash Receipts And Disbursements Record

| Case Number: | 00-15475-PM | Trustee: | Janet M. Nesse (730060) |
|---|---|---|---|
| Case Name: | Diversified Lending Services | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****35-66 - Checking Account |
| Taxpayer ID #: | 52-1369405 | Blanket Bond: | N/A |
| Period Ending: | 12/17/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/06/07 | 859 | Gail M Schafer | check for Richard Rosenblatt, Trustee for the Bettie Pumpian Trust)<br>Dividend paid 33.70% on $29,175.00, Claim# 83, Filed $29,175.00 Reference<br>Stopped check issued on 06/13/07 | 7100-000 | | -3,733.56 | 3,733.56 |
| 11/12/07 | 793 | Jefferson Joint Ventures MD LP | Dividend paid 100.00% on $7,898.43 Other Chapter 7 Administrative Expenses Reference<br>Stopped check issued on 06/13/07 | 2990-000 | | -7,898.43 | 11,631.99 |
| 11/12/07 | 802 | Safeguard Business Systems Inc. | Dividend paid 33.70% on $269.62, Claim# 10, Filed $269.62 Reference<br>Stopped check issued on 06/13/07 | 7100-000 | | -34.50 | 11,666.49 |
| 11/12/07 | 807 | Soul Wave International, Inc. | Dividend paid 33.70% on $31,530.14, Claim# 14, Filed $31,530.14 Reference<br>Stopped check issued on 06/13/07 | 7100-000 | | -5,431.64 | 17,098.13 |
| 11/12/07 | 809 | Jack or Rut Wiseman | Dividend paid 33.70% on $20,000.00, Claim# 18 Filed $20,000.00 Reference<br>Stopped check issued on 06/13/07 | 7100-000 | | -2,559.42 | 19,657.55 |
| 11/12/07 | 822 | Anthony Ambrossi, DDS | Dividend paid 33.70% on $1,600.00, Claim# 34, Filed $1,600.00, Reference<br>Stopped check issued on 06/13/07 | 7100-000 | | -204.76 | 19,862.31 |
| 11/12/07 | 826 | Robert & Mary Maxwell | Dividend paid 33.70% on $10,000.00, Claim# 43; Filed $10,000.00, Reference<br>Stopped check issued on 06/13/07 | 7100-000 | | -2,259.89 | 22,122.20 |
| 11/12/07 | 832 | Maureen Frisey | Dividend paid 33.70% on $623.25 Claim# 52; Filed $623.25, Reference | 7100-000 | | -107.37 | 22,229.57 |

Subtotals :  $0.00   $-22,229.57

{} Asset reference(s)

Printed 12/17/2007 03:34 PM   V.9.55