X **Legal Identification**
(Signator of Agent Authorization)

X **Business Card**
(Signator of Agent Authorization)



## SOULWAVE INTERNATIONAL
WHOLESALER OF BEAUTY SUPPLY PRODUCTS
AND GENERAL MERCHANDISE

### SUNG HWAN YOO
PRESIDENT

| 2215 JOHN B. ROAD | PHONE (586) 757-2256 |
| WARREN, MI 48091 | FAX (586) 427-6695 |

CELL (313) 598-3786
E-MAIL soulwaveyoo@aol.com

(Signator of Officer Certificate of Authority)

```
DEPARTMENT OF THE TREASURY          DATE OF THIS NOTICE: 05-16-97
INTERNAL REVENUE SERVICE            NUMBER OF THIS NOTICE: CP 575 A
CINCINNATI  OH    45999             EMPLOYER IDENTIFICATION NUMBER: 38-3350394
                                    FORM: SS-4
                                    1752404233  B
```

```
                                    FOR ASSISTANCE CALL US AT:
                                    237-0800 LOCAL DETROIT
SOUL WAVE INTERNATIONAL INC         1-800-829-1040 OTHER MI
% JUNE J LEE CPA PC
30100 TELEGRAPH RD STE 411
BINGHAM FARMS  MI    48025          OR WRITE TO THE ADDRESS
                                    SHOWN AT THE TOP LEFT.

                                    IF YOU WRITE, ATTACH THE
                                    STUB OF THIS NOTICE.
```

*file a copy to client*

### WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER (EIN)

Thank you for your Form SS-4, Application for Employer Identification Number (EIN). We assigned you EIN 38-3350394. This EIN will identify your business account, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

Use your complete name and EIN shown above on all federal tax forms, payments, and related correspondence. If you use any variation in your name or EIN, it may cause a delay in processing, incorrect information in your account, or cause you to be assigned more than one EIN.

If you're required to deposit for employment taxes (Forms 941, 943, 940, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), we will send an initial supply of Federal Tax Deposit (FTD) coupon books within five to six weeks. You can use the enclosed coupons if you need to make a deposit before you receive your supply.

Based on the information shown on your Form SS-4, you must file the following forms(s) by the date we show.

```
        Form 941                    07/31/97
        Form 1120                   03/15/98
        Form 940                    01/31/98
```

If the due date has passed please complete the form and send it to us by 06-02-97. If we don't receive the form by that date additional penalties and interest will be charged. If you weren't in business or didn't hire employees for the tax period shown, please file the form showing that you have no liability.

If you need help in determining what your tax year is, you can get Publication 538, Accounting Periods and Methods, at your local IRS office.

If you have any questions about the forms shown or the date they are due, you may call us at 1-800-829-1040 or write to us at the address shown above.

Thank you for your cooperation.


ID # - 38-3350394

S 500 (Rev. 8/93) 164 0513 ORG&FI $60.00

| MICHIGAN DEPARTMENT OF COMMERCE - CORPORATION AND SECURITIES BUREAU | |
|---|---|
| Date Received<br>MAY 1 3 1997<br>JUN 0 4 1997 | (FOR BUREAU USE ONLY)<br><br>**FILED**<br>JUN 1 2 1997<br>Administrator<br>MI DEPARTMENT OF CONSUMER & INDUSTRY SERVICES<br>CORPORATION, SECURITIES & LAND DEVELOPMENT BUREAU |
| Name: JUNE J LEE, CPA PC<br>Address: 30100 TELEGRAPH RD, STE 411<br>City: BINGHAM FARMS   State: MI   Zip Code: 48025 | EFFECTIVE DATE: |

← Document will be returned to the name and address you enter above →

480-815

# ARTICLES OF INCORPORATION
For use by Domestic Profit Corporations
(Please read information and instructions on the last page)

Pursuant to the provisions of Act 284, Public Acts of 1972, the undersigned corporation executes the following Articles:

## ARTICLE I

The name of the corporation is:

SOUL WAVE INTERNATIONAL, INC.

## ARTICLE II

The purpose or purposes for which the corporation is formed is to engage in any activity within the purposes for which corporations may be formed under the Business Corporation Act of Michigan.

## ARTICLE III

The total authorized shares:

1. Common Shares _____ 60,000

   Preferred Shares _____

2. A statement of all or any of the relative rights, preferences and limitations of the shares of each class is as follows:

ARTICLE IV

1. The address of the registered office is:

   <u>2580 LAHSER,</u>        <u>BLOOMFIELD HILLS</u>            , Michigan <u>48302</u>
   (Street Address)           (City)                                    (ZIP Code)

2. The mailing address of the registered office, if different than above:

   _____, Michigan _____
   (Street Address or P.O. Box)           (City)                    (ZIP Code)

3. The name of the resident agent at the registered office is: <u>SUNG HWAN YOO</u>

ARTICLE V

The name(s) and address(es) of the incorporator(s) is (are) as follows:

| Name | Residence or Business Address |
|---|---|
| SUNG HWAN YOO | 2580 LAHSER, BLOOMFIELD HILLS, MI 48302 |
| YEONG A YOO | 2580 LAHSER, BLOOMFIELD HILLS, MI 48302 |

ARTICLE VI (Optional. Delete if not applicable) --

When a compromise or arrangement or a plan of reorganization of this corporation is proposed between this corporation and its creditors or any class of them or between this corporation and its shareholders or any class of them, a court of equity jurisdiction within the state, on application of this corporation or of a creditor or shareholder thereof, or on application of a receiver appointed for the corporation, may order a meeting of the creditors or class of creditors or of the shareholders or class of shareholders to be affected by the proposed compromise or arrangement or reorganization, to be summoned in such manner as the court directs. If a majority in number representing 3/4 in value of the creditors or class of creditors, or of the shareholders or class of shareholders to be affected by the proposed compromise or arrangement or a reorganization, agree to a compromise or arrangement or a reorganization of this corporation as a consequence of the compromise or arrangement, the compromise or arrangement and the reorganization, if sanctioned by the court to which the application has been made, shall be binding on all the creditors or class of creditors, or on all the shareholders or class of shareholders and also on this corporation.

ARTICLE VII (Optional. Delete if not applicable)

Any action required or permitted by the Act to be taken at an annual or special meeting of shareholders may be taken without a meeting, without prior notice, and without a vote, if consents in writing, setting forth the action so taken, are signed by the holders of outstanding shares having not less than the minimum number of votes that would be necessary to authorize or take the action at a meeting at which all shares entitled to vote on the action were present and voted. The written consents shall bear the date of signature of each shareholder who signs the consent. No written consents shall be effective to take the corporate action referred to unless, within 60 days after the record date for determining shareholders entitled to express consent to or to dissent from a proposal without a meeting, written consents dated not more than 10 days before the record date and signed by a sufficient number of shareholders to take the action are delivered to the corporation. Delivery shall be to the corporation's registered office, its principal place of business, or an officer or agent of the corporation having custody of the minutes of the proceedings of its shareholders. Delivery made to a corporation's registered office shall be by hand or by certified or registered mail, return receipt requested.

Prompt notice of the taking of the corporate action without a meeting by less than unanimous written consent shall be given to shareholders who would have been entitled to notice of the shareholder meeting if the action had been taken at a meeting and who have not consented in writing.

Use space below for additional Articles or for continuation of previous Articles. Please identify any Article being continued or added. Attach additional pages if needed.

I, (We), the incorporator(s) sign my (our) name(s) this _____ day of ___*5/8*___, 19_*97*_.

X _____*[signature]*_____

X _____*[signature]*_____

# *Keys Research* | <u>Abandoned Funds Investigation & Recovery</u>

23630 Southeast 440th Street, Enumclaw WA 98022
360-825-7300
Fax 360-825-5482

December 1, 2008

U.S. Attorney
36 S Charles Street
Baltimore MD 21201

U.S. Attorney:

In compliance with Bankruptcy Court ruling and pursuant to 28 USC §2042, this letter is to serve notice of application to the U.S Bankruptcy Court, District of Baltimore for the release of unclaimed funds owing to the following creditor:

Case No.    00-15475-PM
Debtor      Diversified Lending Services, Inc. & Jacob I. Kramf
Creditor    Soul Wave International, Inc.
Amount      $6,828.33

This notice requires no action on your part.

Sincerely,

Charlene U. Keys
Keys Research

*Licensed, Bonded, Better Business Bureau Member*
*www.keysresearch.com*