# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 12/11/08**

In re:   Case No.:   00−15475 PM    Chapter:  7

| | |
|---|---|
| Diversified Lending Services, Inc. | Jacob I. Kramf |
| Debtor(s) | |

# DEFICIENCY NOTICE

DOCUMENT: 630 − Motion For Release Of Funds In The Unclaimed Funds Registry Filed by Soul Wave International, Inc. . (Attachments: # (1) Certificate of Service # (2) Exhibit # (3) Exhibit # (4) Exhibit # (5) drivers license# (6) Exhibit) (Maloney−Raymond, M)

PROBLEM: There is no signature on the affidavit stating that there is no Corporate Seal available .

CURE: Correct above by the cure date shown below .

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 12/22/08.**

**Additional information for non−attorney filers is available at www.mdb.uscourts.gov/RL_prose.aspx.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, M Maloney−Raymond 410−962−4373

cc:   Debtor(s)
      Attorney for Debtor(s) – Steven E. Mirsky, James Greenan
      Soul Wave International, Inc., c/o Keys Research

Form defntc (01/06)